No. 01–1736. PANARELLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–1738. COX CABLE ADVISORY COUNCIL v. CONNECTICUT DEPARTMENT OF PUBLIC UTILITY CONTROL ET AL. Sup. Ct. Conn. Certiorari denied.

No. 01–1739. BURRIER v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CALIFORNIA ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–1740. AMERICAN MOTORISTS INSURANCE CO. v. GTE CORP. C. A. 2d Cir. Certiorari denied.

No. 01–1741. MARELLO v. CENTRAL RESERVE LIFE INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 01–1742. KLEIN v. LONG ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–1743. BATTLE v. LANDMARK COMMUNICATIONS, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 01–1745. GOODIN v. CITY OF JACKSONVILLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–1746. BUSH & BURCHETT, INC., ET AL. v. RUSSELL ET UX. Sup. Ct. App. W. Va. Certiorari denied.

No. 01–1748. WOOTEN v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 01–1749. MARKOWSKI ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 01–1753. BENNINGTON v. CATERPILLAR, INC. C. A. 7th Cir. Certiorari denied.

No. 01–1754. FOX v. COYLE, WARDEN. C. A. 6th Cir. Certiorari denied.